UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

RUTH STINSON, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

BEST BUY CO., INC.,

    Defendant.

Case No. 18-cv-295 (JNE/KMM)

ORDER

---

This matter is before the Court on a Report and Recommendation issued by United States Magistrate Judge Katherine M. Menendez on June 26, 2018. No objections to the Report and Recommendation were received within the time permitted. The Court has reviewed the record and adopts the Report and Recommendation. Accordingly, based upon all of the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. Defendant's Motion to Compel Arbitration and to Stay Proceedings [ECF No. 17] is GRANTED.

2. Plaintiff is compelled to arbitrate her claims on an individual basis.

3. This action is STAYED pending the outcome of the arbitration.

Dated: August 13, 2018

    **s/ Joan N. Ericksen**
    JOAN N. ERICKSEN
    United States District Judge