UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RUTH STINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BEST BUY CO., INC.,<br><br>Defendant. | Civil No. 18-295 (JNE/KMM)<br><br>ORDER |

On July 12, 2019, the parties filed a joint Stipulation of Dismissal with Prejudice [Dkt. No. 57].  Based on the stipulation, this action is dismissed with prejudice, without taxation of costs or attorney fees to any party.

IT IS SO ORDERED.

Dated:  July 17, 2019

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge